(No. 6668 )

THELMA L. BEALL, Executor of the Estate of LAWRENCE BEALL, Deceased, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed July 14, 1972.*

THOMSON, THOMSON, MIRZA AND ZANONI, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.

WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.